UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32096 |
|---|---|
| JORDAN LEE BAKER | (Chapter 13) |
| JENI DIANE BAKER | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4093770**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 0 | JORDAN LEE BAKER<br>3521 MARY ANN DRIVE<br>UNIT A<br>LEBANON, OH  45036 | 1,301.75 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/2/2011

Certificate of Service          06-32096

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| JORDAN LEE BAKER | (32.1n) | (34.1n) |
| --- | --- | --- |
| JENI DIANE BAKER | ALICE WHITTEN | B LINE LLC |
| 3521 MARY ANN DRIVE | AMERICREDIT | MS 550 |
| UNIT A | BOX 183853 | BOX 91121 |
| LEBANON, OH  45036 | ARLINGTON, TX  76096 | SEATTLE, WA  98111 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv